PROB 12C
(7/93)

Report Date: July 20, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cameron Len Gaunt          Case Number: 2:07CR06048-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 08/14/2008

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 37 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  James Hagarty               Date Supervision Commenced: 06/18/2010

Defense Attorney:     Diane E. Hehir              Date Supervision Expires: 06/17/2013

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 - 3    **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Guant is considered in violation of his conditions of supervised release by failing to report, failing to report a change of address, and failing to be lawfully employed since on or about July 5, 2010.

Mr. Guant was released from Bureau of Prisons' custody on June 18, 2010. He was taken into custody on prior outstanding warrants on June 20, 2010. Mr. Gaunt was released from custody on or about June 29, 2010, and contacted the undersigned officer to advise of his status. He informed the undersigned that he was in Chelan, Washington, and wanted to re-

locate to that area. The undersigned officer advised Mr. Guant he would first need to report to the probation office in Spokane, Washington, prior to a transfer to a different area. Mr. Guant was directed to report to the probation office within the first 5 days of July 2010.

The undersigned officer received telephone calls from Mr. Gaunt on July 9 and again on July 19, 2010. In both telephone contacts, Mr. Guant was directed to report to the probation office in Spokane. Mr. Gaunt stated he was staying in Chelan, Washington, "with friends." To date, Mr. Guant has failed to report as directed, and failed to report a valid address to the probation office. In addition, he has not provided any information regarding his employment situation, and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 20, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

_July 20, 2010_
Date