PROB 12C
(7/93)

Report Date: September 14, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 14 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cameron Len Gaunt    Case Number: 2:07CR06048-001 & 2:08CR02041-001

Location of Offender: Spokane County Jail, Spokane, WA

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 08/14/2008

Original Offense:    Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 and 2; Felon In Possession of a Firearm 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 37 months;    Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Joseph H. Harrington    Date Supervision Commenced: 06/18/2010

Defense Attorney:    Robert R. Fischer       Date Supervision Expires: 06/17/2013

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 20, 2010, and August 18, 2010.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Gaunt is considered in violation of his conditions of supervised release by committing another Federal crime. |
| | On August 25, 2010, Mr. Gaunt was charged, by indictment, with three separate counts of Bank Robbery, in violation of 18 U.S.C. § 2113(a). The maximum possible penalty he faces is 20 years imprisonment and not more than 3 years of supervised release. A jury trial is currently scheduled for November 1, 2010. |

Prob12C
Re: Gaunt, Cameron Len
September 14, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/14/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

September 14, 2010
Date